**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (READING)**

| | |
|---|---|
| In re: | : |
| | : Case No. 23-10727-pmm |
| CHRISTOPHER ROBERT HOMA AKA | : |
| CHRISTOPHER R. HOMA AKA | : |
| CHRISTOPHER HOMA, | : |
| | : Chapter 13 |
| Debtor, | : |
| | : |
| | : |
| PNC BANK, NATIONAL ASSOCIATION, | : |
| | : Related to Doc. Nos. 43, 46, 48 and 49 |
| Movant, | : |
| | : |
| v. | : |
| | : |
| CHRISTOPHER ROBERT HOMA AKA | : |
| CHRISTOPHER R. HOMA AKA | : |
| CHRISTOPHER HOMA, | : |
| | : |
| Respondent. | : |
| | : |

## <u>ORDER OF COURT</u>

AND NOW, this _____ of _____, 2024, in consideration of the Certificate of

Default filed by PNC Bank, National Association ("PNC Bank"), it is hereby ORDERED,

ADJUDGED, and DECREED that a hearing to consider the Certificate of Default and the

termination of the automatic stay as it relates to PNC Bank shall be held on _____

_____, 2024, at \_\_\_:_____ \_\_\_.m. in Courtroom, 4th Floor, United States Bankruptcy

Court, The Gateway Building, 201 Penn Street, Reading, Pennsylvania 19601.

SO ORDERED:

_____
PATRICIA M. MAYER, JUDGE
U.S. BANKRUPTCY COURT